UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DIANE WILKINSON,                        )     No. EDCV 07-1563 FFM
                                        )
                Plaintiff,              )     JUDGMENT OF REMAND
                                        )
        v.                              )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
                Defendant.              )
_____        )

        The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. §
405(g).

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
captioned action is remanded to the Commissioner of Social Security for further
proceedings consistent with the Order dated September 18, 2009.


DATED: September 18, 2009

                                             /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
                                             United States Magistrate Judge